```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5
    Attorneys for the
 6  United States of America
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Case No. 01:10-CR-00061-AWI
                                 )
12              Plaintiff,       )   MOTION AND ORDER TO DISMISS
                                 )   INDICTMENT
13       v.                      )
                                 )
14  VICTOR MANUEL GONZAELZ       )
       aka Victor Gonzalez-Robles,)
15                               )
                Defendant.       )
16  _____
```

17       Pursuant to Federal Rule of Criminal Procedure 48(a),

18  Plaintiff United States of America, by and through its attorneys

19  of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L.

20  GARRIQUES, Assistant United States Attorney, hereby moves to

21  dismiss the indictment in this case without prejudice in the

22  interest of justice.

23  DATED: May 31, 2012              Respectfully submitted,
                                     BENJAMIN B. WAGNER
24                                   United States Attorney

25                                By:  /s/ Ian L. Garriques
                                     IAN L. GARRIQUES
26                                   Assistant U.S. Attorney

27

28

                                  1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:     May 31, 2012          _____
                                 CHIEF UNITED STATES DISTRICT JUDGE